## STATE OF FLORIDA v JONES

Case No. 86-102 AC (County Court Case No. 71732, 3NC)

Eleventh Judicial Circuit, Appellate Division, Dade County

March 18, 1987

### APPEARANCES OF COUNSEL

**Jim Smith,** Attorney General, and **Richard L. Polin,** Assistant Attorney General, for appellant.

**David L. Sullivan, Usich & Sullivan,** for appellee.

Before SHAPIRO, SOLOMON, ROBINSON, JJ.

### OPINION OF THE COURT

PER CURIAM.

Appellant, the STATE OF FLORIDA, appeals from an Order of the lower Court granting Appellee's Motion to Suppress the result of a blood test obtained from the Appellee. We reverse for the following:

The learned trial Judge improperly reasoned that unless the accused is charged with some offense in addition to driving under the influence the blood test is inadmissible. We hold that F.S. § 316.1932(1)(c) is controlling and the criteria of that section has been met in the instant case.

Based on the foregoing, the Order Suppressing the Blood Test is vacated and the matter remanded to the trial Court for further proceedings.

Reversed and remanded for further proceedings.